| PROB 12C-2 (Rev. 07/15) | **VIOLATION REPORT** <br> **Emergency Warrant Request** | | | **U. S. Probation Office** <br> Eastern District of Michigan | **DATE** <br> 09/29/2016 |
|---|---|---|---|---|---|
| **NAME** <br> PIPPEN, Deangelo | | **PACTS** <br> 23298 | | **JUDGE** <br> Sean F. Cox | **DOCKET #** <br> 15-CR-20069-01 |

| ORIGINAL SENTENCE DATE <br> 11/17/2008 | SUPERVISION TYPE <br> Supervised Release | CRIMINAL HISTORY CATEGORY <br> IV | TOTAL OFFENSE LEVEL <br> 13 | PHOTO |
|---|---|---|---|---|
| COMMENCED <br> 09/12/2014 | REVOCATION DATE <br> 01/06/2016 | | | |
| EXPIRATION <br> 08/18/2017 | RECOMMENCED <br> 08/18/2016 | | | |

| ASST. U.S. ATTORNEY <br> Christopher Graveline | DEFENDANT ATTORNEY <br> Rhonda R. Brazile |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 2:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.

Count 3:  18 U.S.C. § 924(c)(1)(A)(i), Carrying a Firearm During and in Relation to a Drug Trafficking Crime.

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a total term of Count 2, 18 months; and Count 3, 60 months to be served consecutive to Count 2, for a total of 78 months, to be followed by a three-year term of supervised release on Counts 2 and 3, to be served concurrent.

Name of Sentencing Judicial Officer:  Honorable Paul L. Maloney. Jurisdiction accepted by the Honorable Sean F. Cox on February 20, 2015.

Revocation:  January 6, 2016, Custody of the Bureau of Prisons for a total term of nine months to be followed by a two-year term of supervised release.  Special conditions imposed: 1) "The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol."  2) As a condition of supervised release, the defendant shall be placed at a Residential Reentry Center for 180 consecutive days, at the direction of the United States Probation Department.  While at the halfway house facility, the defendant shall abide by the rules and regulations of the facility.  Subsistence costs are waived."

| PROB 12C-2<br>(Rev. 07/15) | **VIOLATION REPORT**<br>**Emergency Warrant Request** | **U. S. Probation Office**<br>Eastern District of Michigan | DATE<br>09/29/2016 |
|---|---|---|---|
| NAME<br>PIPPEN, Deangelo | PACTS<br>23298 | JUDGE<br>Sean F. Cox | DOCKET #<br>15-CR-20069-01 |

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability, as determined by the probation officer.
2. The defendant shall refrain from all use of alcoholic beverages.
3. The defendant shall perform 150 hours of community service, as directed by the probation officer.
4. The defendant must maintain legitimate full-time employment, as approved by the probation officer.
5. The defendant shall not possess or be the primary use of any cellular phone without prior permission from the probation officer. If given permission to use/possess a cell phone, the defendant must provide the number to the probation officer and the phone must be maintained in the defendant's name or another name approved in advance by the probation officer.
6. The defendant shall provide the probation officer with his monthly cellular and home telephone bills with each monthly report form and shall report any cellular telephone he has used or owns on each report form.

   Criminal Monetary Penalty: $200.00 special assessment (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

[ ] New Criminal Charges          [ ] Violent Conduct

[ XX ] Whereabouts Unknown (Absconder)          [ ] Other

1. **Violation of Special Condition:** "AS A CONDITION OF SUPERVISED RELEASE, THE DEFENDANT SHALL BE PLACED AT A RESIDENTIAL REENTRY CENTER FOR 180 CONSECUTIVE DAYS, AT THE DIRECTION OF THE UNITED STATES PROBATION DEPARTMENT. WHILE AT THE HALFWAY HOUSE FACILITY, THE DEFENDANT SHALL ABIDE BY THE RULES AND REGULATIONS OF THE FACILITY. SUBSISTENCE COSTS ARE WAIVED."

   The offender began his term of supervised release in the Western District of Michigan and arrived at the Residential Reentry Center (RRC) in Grand Rapids, Michigan, on August 23, 2016. The offender received incident reports on August 27, 2016; September 10, 2016; and September 14, 2016, for leaving the RRC and not being accountable for his whereabouts during approved leave. These incidents violated Code 102, Escape from a Secure Institution. On September 15, 2016, at 4:10 p.m., the offender met with his girlfriend at the RRC to give her his property. Instead of giving her his property, he left the facility with her and did not return. The offender absconded from the RRC and supervision until September 17, 2016, when he contacted U.S. Probation Officer John Hyink. The offender was directed to report to the probation department in Grand Rapids, Michigan, on September 19, 2016. The offender reported as directed on that date. However, due to violations at the RRC, the offender will not be readmitted to the program.

| PROB 12C-2<br>(Rev. 07/15) | **VIOLATION REPORT**<br>Emergency Warrant Request | **U. S. Probation Office**<br>Eastern District of Michigan | **DATE**<br>09/29/2016 |
|---|---|---|---|
| **NAME**<br>PIPPEN, Deangelo | **PACTS**<br>23298 | **JUDGE**<br>Sean F. Cox | **DOCKET #**<br>15-CR-20069-01 |

| I declare under penalty of perjury that the foregoing is true and correct.<br>**SENIOR PROBATION OFFICER**<br>s/Seth M. Martin/wg<br>313-234-5456 | **DISTRIBUTION**<br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br>s/Michelle D. Livingston<br>313-234-5579 | **PROBATION ROUTING**<br>Data Entry |

**RECOMMENDING TO THE COURT**

[ X ]   To issue a Warrant

## Superseding Violation Report will follow

**THE COURT ORDERS:**

[XX]   The Issuance of a Warrant

[  ]   Other

                                                             s/Gershwin A. Drain
                                                             United States District Judge

                                                             September 30, 2016
                                                             Date